# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BALDWIN and PACIFIC JUSTICE INSTITUTE,<br><br>                                         Plaintiffs,<br><br>  vs.<br><br>KATHLEEN SEBELIUS, et al.,<br><br>                                         Defendants. | CASE NO. 10CV1033 DMS (WMC)<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO PUBLISH** |

Plaintiffs' request to certify the Court's order of August 27, 2010 for publication is hereby denied.

**IT IS SO ORDERED.**

DATED: September 7, 2010

_____
HON. DANA M. SABRAW
United States District Judge